RECEIVED

JAN 2 7 2010

PRO SE OFFICE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

------------------------------------------------

CV 10-    0434

JURY
DEMANDED
AMON, J.

SAPHYRE REDFORD AND DANIELLE BITTON,

Plaintiffs,

-against-

BLOOM, M.J.

CHICAGO TITLE INSURANCE, FIDELITY INSURANCE,

MOHR, NORTH MOORE CONDOMINIUM OP., DR. BERAKA, AND SON,

VANGUARD, COUNTRYWIDE HOME MORTGAGES,

ATALANTA BUILDING, TRIBECA TOWERS, ALLSTATE,

SIGNATURE BANK, MOUNT BATTEN, DAVID N. MURAD,

COTTON AND WOOD, MATTHEW ABOULAFIA, GETNICK,

LIVINGTON, ATKINSON ET AL LLP, ERIC AND CARLIN

ROTHSTEIN, WALTER B. TOLUB, PATRICK LEUNG

CONSULTING, LEON RUCHELSMAN, "IRA" THE CLERK,

NORTH MOORE PARKING CORPORATION, OLSHAM

GRUNDMAN, FROME, ROSENZWEIG, & WOLOSKY LLP,

THOMAS J. FLEMING, ESQ., GALLAGHER CONSTRUCTION,

GALLAGHER BASSET, STANLEY STAIRS, MARVIN TURKEL,

MARIA GORDIAN, TRIBECA TRIBE NETWORK, ROSEN AND

LIVINGSTON, DEA, FBI, DUANE READE PHARMACEUTICALS

STORES, JULIAN BARNES LAW GROUP, BLUE CROSS/BLUE

SHIELD, JP MORGAN CHASE, ROBERT DE NERO, DRU

WITACKE, METRO TECH FIRE DEPARTMENT, GRAHAM

CONSULTING CORPORATION, GRAHAM ASSOCIATES,

JOAN XIE, JOHN XIE ET AL ESQUIRES, MICHAEL RUBLOWSKY,

MISHKIN & TULLY LLP, JASON DANIELS, SAPHYIRE ADULT

ENTERTAINMENT GENTLEMAN'S CLUB, SCORES ENTERTAINMENT,

NORTH MOORE LAND CO. INC., NORTH MOORE TOWER REALTY

CORP., NORTH MOORE VENTURES, NORTH MOORE ENTERPRISES,

LTD., HUSTLER'S GENTLEMAN'S CLUB, MCKINSEY AND COMPANY,

HOULIHAN-PARNES, GOLDBERG, WEPRIN, & USTIN, ESQS, DEBRA

DANIELS, ELIOTT SUTTON, SOHO EQUITIES, SOHO HOUSE, SID

MILLER, BRONX SUPPLY STORE, RAPPAPORT, FEINSTEIN, AND

DEUTSCH, DARNAY HOFFMAN, MADAME X, ARGO CONSTRUCTION,

MARTY MARKOWITZ, SHELDON SILVER, "HEAVEN GROUP", AARON

ANDERSON, HILLARY RODHAM-CLINTON, CHARLES RANGEL,

SPEARMINT'S GENTLEMAN'S STRIP CLUB, FRANK COMPOSTO,

MICHAEL BERMAN'S CONSTRUCTION COMPANY, HIPPA, PORT

AUTHORITY OF NEW YORK/NEW JERSEY, NYPD, ANDREW M. CUOMO,

STATE ATTORNEY GENERAL FOR THE STATE OF NEW YORK,
MUNICIPALITIES UNIONS, TEACHER'S FEDERATION UNION, DOUGLAS
GRAHAM GRANT, "DANIELLE BITTON", D'AGOSTINO, MARTIN SHAW,
AND OLSON, MAURICE REICHSMAN, UAL CORPORATION, NEW YORK
STATE MENTAL HEALTH DEPARTMENT, NEW YORK STATE
GUARDIAN, KARLA ALEXANDER, WILMER GRIER, 275 GREENWICH
STREET CONDOMINIUM BOARD, TURNBERRY ISLE ASSOCIATION,
BAY HARBOR INTERNATIONAL REALTY CENTURY 21, JAMES
RUMPZA, TURNBERRY INTERNATIONAL REALTY, WORLD SAVINGS,
M.G. TITLE SERVICES, INC., RG BRENNER TAX SERVICES PREPARER,
H&R BLOCK, ADRIENNE MAIDENBAUM, MAIDENBAUM, FEINBERG,
ESQUIRES, FEDERAL SAVINGS BANK, BAY HARBOR INTERNATIONAL
REALTY, STEVE "PIMP", MR. AND MRS. FREITGERTIG, LINDSAY
FREITFERTIG, CAPITAL MANAGEMENT TRUST, 9/11 TRUST FUND,
FEMA, DEPARTMENT OF ENVIRONMENT, DEPARTMENT OF
TRANSPORTATION, EAP, KEVIN MCKIRGAN, HILLARY RODHAM
CLINTON, CHARLES HARRIS, ELIZABETH HARRIS, CASE
MANAGEMENT OF THE STATE OF NEW YORK UNIFIED COURT
SYSTEM SUPREME COURT, SEAN SERPE, MATTHEW MANSFIELD,
MARC SEITLEMENT, JAMES FERRARA, ROBERT SEGAL, HUD, NEW

YORK HOUSING DEPARTMENT, HEALTH HOSPITAL CORPORATION, STATE SECRETARY OF CORPORATIONS FOR THE STATE OF NEW YORK, STATE SECRETARY OF CORPORATION FOR THE STATE OF DELAWARE, SEC, UNITED AIRLINES, EUGENE KEILIN, FELIX NGATI, FELIX ROHATYN, MARIO CUOMO, MUNICIPAL ASSISTANCE CORPORATION, RAY KELLY, POLICE COMMISSIONER OF NYPD, HERBERT BERMAN, CITY COUNCIL FINANCE FOR THE CITY OF NEW YORK, NEW YORK STATE HEALTH AND HOSPITAL CORPORATION, MEDICAID, MEDICARE, ALLSTATE, STATE FARM INSURANCE, TRAVELER'S INSURANCE, AETNA, HEALTH AND HOSPITALS WORKERS UNION, DOUGLAS ELLIMAN PRUDENTIAL REAL ESTATE REALTY, BITTON REALTY, MADISON ABSTRACT, SEYFARTH AND SHAW, JOHN PEACHY, ELIEZAR COHEN, MICHAEL BLOOMBERG, HIZONER, CB BOARD ONE, DAN FELDMAN, ANTHONY D. GRANDE, JAMES MULLEN, BOGLIONO TRUST FUND, EINHOLTZ, ESQUIRE, AFA, AFL-CIO, MARK CHAPMAN, ZARANSKY, ESQUIRES, CIRCLE ROUGE RESTAURANT, BUBBY'S RESTAURANT, "RON" OWNER OF BUBBY'S RESTAURANT, TRIBECA TAVERN, TRIBECA PHARMACY, NORTH FORK BANK, DAVID GLASER, STEVEN LEBOUEF, DANKBERG, MS. MICHAEL BERMAN, STEVEN J. HUGHES, NEW YORK STATE DEPARTMENT OF

TAXATION, LUBAVITCH JEWISH ORGANIZATION, NEW YORK
SANITATION DEPARTMENT, DEPARTMENT OF BUILDINGS, KAREN
SMITH, LIQUOR LICENCE BOARD, MR. WHITE, MR. MOHAMMED
NAJEM, "MIGNON", KINKOS, ALOFT CONSTRUCTION, NORMAN
TINGLING, LELAND D. GRASSE, DEPARTMENT OF SOCIAL SERVICES,
WORKER'S COMPENSATION BOARD, MIRAMAX, WEINSTEIN
BROTHERS, DR. IRA FEINGOLD, VERIZON, AT&T, COMPTROLLER OF
NEW YORK CITY, ARCO CONSTRUCTION, GEORGE TSERKIS, DR. G.
DEGERONIMO, DR. X WHO OPERATED TO REMOVE CHARLENE'S
IMPLANTS AND SADISTICALLY LEFT HER SCARED AND WAS IN
COOHOOTS ON HOW TO DESTROY HER, STEVEN ECKERBERG, TRUDY
GERMAN CARMEN, CHIN YU, SIMON TAN, EAST BANK, APPLE BANK,
MERCHANT'S BANK, HSBC OPERATIONS IN AMERICA AND EUROPE,
BANK OF ISRAEL, NATIONAL CITY BANK, JEFFREY LEE HUBBARD,
PURVI HARENDRA SEVAK, DANIEL HOELTER, CONTINENTAL
ABSTRACT CORPORATION, GREENPOINT MORTGAGE FUNDING, INC.,
NEW YORK STATE HIGHER EDUCATION CORPORATION SERVICES,
DEPARTMENT OF EDUCATION, FINANCIAL AID SERVICES, MERS,
LIBERTY TITLE AGENCY, DLA PIPER RUDNICK GRAY CARY US LLP,
THE COMPTROLLER OF THE STATE OF NEW YORK, NEW YORK LIFE

INSURANCE COMPANY, THE COMPTROLLER OF THE STATE OF NEW

YORK AS TRUSTEE OF THE COMMON RETIREMENT FUND, MARJORIE

TSANG, ASSISTANT COMPTROLLER FOR REAL ESTATE INVESTMENTS,

TISHMAN SPIER GROUP, BLACK ROCK GROUP, TEITELBAUM GROUP,

MANUFACTURERS HANOVER TRUST COMPANY, ARCHIVES

COMMERCIAL PARTNERSHIP, ARCHIVES RESIDENTIAL PARTNERSHIP,

ARCHIVES TENANTS CORPORATION, NEW YORK COUNTY

COMMISSIONER OF DEEDS, NEW YORK STATE KEEPER OF THE FILES

ACCOUNTABILITY, JP MORGAN CHASE, MERIL LYNCH, AETNA

CASUALTY AND SURETY COMPANY OF ILLINOIS, AETNA LIFE

INSURANCE COMPANY, NEW YORK TEACHER'S PENSION FUND

RETIREMENT, FIRST RESPONDERS MORTGAGE, RICHARD A.

BRANCATO, ARCHIVES LLC, SENATOR BARNY FRANK, SENATOR

KERRY, UCC DIRECT SERVICES, ARCHIVES COMMERCIAL

PARTNERSHIP, ROCKROSE DEVELOPMENT CORPORATION, KRAMER

LEVIN NAFTALIS & FRANKEL LLP, MICHAEL FALABELLA, REAL

ESTATE VICE PRESIDENT FOR NEW YORK LIFE INSURANCE

COMPANY, "JOSEPH", STATE STREET BANK OF BOSTON,

MASSACHUSETTS, JORDAN WILLS, JOE TURCO, SPAR AND

BERNSTEIN, CAREN MATYCKAS, ROCKROSE PROPERTIES L.L.C.,

ROCKROSE GENERAL EQUITIES L.L.C., ROCKROSE DEVELOPMENT

CORPORATION, ROCKROSE MASTER L.L.C., THE COMPTROLLER OF

THE STATE OF NEW YORK, AS TRUSTEE OF THE COMMON

RETIREMENT FUND, FDA, NATIONAL HEALTH INSURANCE (UNITED

KINGDOM), UNITED KINGDOM PENSION FUND, SOCIAL SECURITY FOR

THE UNITED STATES OF AMERICA, BOND PLUMBING, NATIONWIDE

TITLE CLEARING, WOUTER GERMANS, TRUDY CRANEY, CHEMICAL

BANK SUCCESSOR BY MERGER TO THE CHASE MANHATTAN BANK

(NATIONAL ASSOCIATION), BANCO POPULAIRE, BANK OF BRAZIL,

SUSAN STRAATMANN, VICE PRESIDENT, VINTAGE ABSTRACT

CORPORATION, DAVID J. KOEHL, WELLS FARGO BANK NA,

WASHINGTON MUTUAL BANK, BANK OF CALIFORNIA, UNITED

AIRLINES CREDIT UNION, MUNICIPAL CREDIT UNION, CHASE HOME

FINANCE LLC, MICHAEL LIPPERT, DEANDREA CHAPMAN, VICE

PRESIDENT JP MORGAN CHASE BANK, N.A., FEMA OF KATRINA OF

LOUISIANA, "KATRINA OF LOUISIANA OF NYC TAKING PLACE AT THE

BUILDING THAT HAS NEVER BEEN OFFICIATED BY THE STATE

ATTORNEY OF NEW YORK FOR ZONING, ABANDONED BUILDING

THAT EVERYONE CAME TO ATTACK AND HURT CHARLENE,

CRYSTAL, AND DANIELLE, AND WHERE DANIELLE MISCARRIED AN

INNOCENT CHILD, DUE TO TOXIC DIRTY WATER SEWAR FROM

SOMEONE BREAKING THE PIPE TO CASH A SHIT TON OF INSURANCE

MONIES FROM FLIPPED MORTGAGES THAT FOUND ITS WAY TO

HILLARY RODHAM CLINTON ET AL SHADY REAL ESTATE PARTNERS",

ISRAELI CONSTRUCTION GROUP OF GANGSTERS, WHO FORGE

SIGNATURES, MONEY LAUNDERS, AND FORCE YOUNG GIRLS INTO

PROSTITUTION, AND WHEN THEY CRY THEY BEAT THE SHIT OUT OF

THEM, SHAW AND ASSOCIATES, PRECISE/CERES ABSTRACT CORP.

PC22678, AS AGENT FOR FIDELITY NATIONAL TITLE INSURANCE,

KEITH HALPERIN, ESQUIRE, PAUL DONOVAN, SHAWN DONOVAN,

ENVY PUBLICATIONS, "A CERTAIN PHOTOCOPYING MACHINE WORTH

ONE MILLION DOLLARS FROM FARMINGHAM, MASSACHUSETTS,

THAT CAME FROM A FAKE RUBBISH UCC THAT BELONGS ONE OF

MANY TO MARIA GORDIAN, EXPERT ON PRESCRIPTIONS AND WHO

HAS THE LICENCE TO KILL INNOCENT UNBORN, RALUCA V. ONCIOIU,

LEVY AND HALPERIN, LLP, STATE OF NEW YORK STATE BOARD OF

REAL PROPERTY SERVICES, "BABY DOE", VALERIE MARSH, ED

BERIAN, WILMER HILL GRIER, FDIC, UNITED STATES TREASURY

DEPARTMENT, BERNANKE, FDCA, DEUTSCH BANK, BANK OF

BERMUDA, CAYMAN ISLANDS BANK, STATE OF CALIFORNIA, STATE

OF MASSACHUSETTS, FEC, NEW HAMPSHIRE INSURANCE, CHEVY

CHASE BANK OF MARYLAND, CAPITAL MANAGEMENT, SERV PRO,

WASHINTON DULLES INTERNATIONAL AIRPORT, BALTIMORE

WASHINTON INTERNATIONAL AIRPORT, CHICAGO O'HARE

INTERNATIONAL AIRPORT, JFK/LGA/EWR INTERNATIONAL AIRPORT,

BOSTON LOGAN INTERNATIONAL AIRPORT, LOS ANGELES

INTERNATIONAL AIRPORT, QUEEN'S HEATHROW INTERNATIONAL

AIRPORT, BARRISTER HARRIS, CYRIL DENNEMONT, WORKERS'

TRIBUNAL IN READING, ENGLAND, CYRIL DENNEMONT, *BANK OF IRELAND,*

DARLINGTON'S,

Defendants.

## II. BASIS FOR JURISDICTION:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C.  1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

### A. What is the basis for federal court jurisdiction?

X Federal Question

X Diversity of Citizenship

Involves Articles 4, 5,6, 9, as well as the jurisdiction of the Court is invoked pursuant to the claim arose out of Queens, Kings, Nassau, and Suffolk Counties. It also deals with diversity of Citizenship since one of the Plaintiffs is a citizen of the United Kingdom, as well as the defendants are from other states.

### B. IF THE BASIS FOR JURISDICTION IS FEDERAL QUESTION, WHAT FEDERAL CONSTITUTIONAL, STATUTORY OR TREATY RIGHT IS AT ISSUE?

Neither I nor my mother nor my sister have ever been issued a summons and a complaint.  My mother, Crystal Biton, also known as Saphyre Redford, was

arrested without a warrant and she never had a summons and complaint served on

her as well.  My question deals with 28 U.S.C. sec 1446 (b), as well as RICO, as

well as Substantive Crimes: Federal Food, Drug, and Cosmetic Act Violations.

**III. State as briefly as possible the facts of your case.  Describe how each of the**

**defendants named in the caption of this complaint is involved in this action,**

**along with the dates and locations of all relevant events.  You may wish to**

**include further details such as the names of other persons involved in the**

**events giving rise to your claims.  Do not cite any cases or statutes. If you**

**intend to allege a number of related claims, number and set forth each claim**

**in a separate paragraph.  Attach additional sheets of paper as necessary.**

**A. Where did the events giving rise to your claim(s) occur?**

**New York, as well as events taking place in London, England, Los Angeles,**

**California, Chicago, Illinois, East Boston, Massachusetts, as well as Albany,**

**New York, Silver Springs, Maryland, Middleburg, Virginia, Dulles, Virginia,**

**et al.**

**B. What date and approximate time did the events giving rise to your claims**

**occur?**

Around approximately 10-11 a.m., on the morning of 13 September 2001, as well

as midnight of 2007, midday of 2007, as well as of the morning of 19 October

2005, and 2 February 2002 named "Katrina of Louisiana of NYC".

All the events and much more tie to a piece of property that was taken under

Plaintiffs' feet due to Municipal unions acting together in bad faith to achieve one

mission: to destroy the lives, privacy, quality of life, property, health, safety, and

welfare of Charlene Michelle, Crystal Saphyre, and Danielle Bitton. G-d the All

powerful YHWH is our witness to the crimes that defendants have committed

against us.

Facts:

As a former flight attendant for UAL, I was flying from Washington Dulles to

Chicago O'Hare to Fort Lauderdale, Florida the morning of 11 September 2001.

As a result of 11 September 2001, instead of reaching Florida that day, I landed

safely in Lexington, Kentucky stranded with the crew and passengers for several

days.  When I finally made it home to Silver Springs, Maryland that I owned a

home with my ex-fiancé, I had a phone call from the DA office in Manhattan

asking me if I have power of attorney over my ma and if she had the funds to

finance operation.  My mother was arrested without having her rights read to her,

she was butchered, and the Doctor inserted an electronic tracking device in her.

She was never given a search warrant nor an arrest warrent, yet our rights to

privacy were ignored by having telephone wires, cameras, and intrusion of police

come into our property without probable cause, and without going to get a warrant

from the Judge first!  I asked the DA why the Doctor was not in jail with my ma

for having prescribed powerful prescriptions.  Yes, my mother had the finances

and the bank, HSBC, took responsibility of check due to moving locations and due

to 11 September 2001.  My mother, not I, has the power of attorney over me.  It

was her money that financed operation, and that purchased property.  Since our

residence at the time was Silver Springs, Maryland and England, I was never

served a summons and complaint, and the case has yet to be given a trial.  I ask

that this case be brought to this courthouse due to 28 U.S.C. 1446 (b), as well as

violations of RICO and against humanity.

Fact: A man by the name of Charles and Elizabeth Harris, who were never the

owners of a building UNIT, falsely represented a property to my mother. What

they did was run a drug cartel of all sorts of illegal drugs, most prized possession

was the growing of hannebis, that was cultivated, sold, bartered, and made an

ABANDONED BUILDING DUE TO IT NEVER BEING ZONED BY THE

GENERAL ATTORNEY FOR THE STATE OF NEW YORK, the drug capital of

Tribeca. Home to Robert DeNero, Dru Witacker, Weinstein Brothers, Miramax, et

al. Tribeca Tribe relied on Charles Harris and Elizabeth Harris techniques of

growth, so much so that the Police Precint One turned a blind eye to the illegal

sale and growth at this property that was located on the same block and lot as the

Department of Sanitation, Fire Department, and the First Response Computer

System that was created right after 11 September of 2001. In order to steal from

FEMA of 11 September 2001 (Souls rest in peace), attorneys union alliance municipal unions got together and frauded records located in ACRIS, the records for the City of New York, as well as the records for the State of New York. A lawyer by the name of Maurice Reichsman said that he would be happy to testify to the best of his knowledge of being familiar with the facts and circumstances regarding the situation that he was one of the major architects of the hand that would be dealt to Charlene Michelle Danielle and Crystal due to a phony real estate deal. Maurice Reichsman admitted that at the time Crystal came to him, both he and his business partners, Martin Shaw, and Olson, were in serious foreclosure for mortgages, and were in the middle of construction for a new building, so when Crystal came to look at a property located in Tribeca, the deal was to rob Crystal of her identity as well as Charlene Michelle and Danielle (who at the time was a flight attendant with UAL) so that the money can be used to make the Atalanta Building, flip false mortgages that came from Kings County, Brooklyn, New York to this property located in NYC thru falsifying records, banks' loans, fake UCCS, fake deeds, fake titles, and all for being able to cash insurances. This was a common technique used by the unions attorneys federation alliance. Judge Walter B. Tolub who knew of the miscarriage of justice nevertheless went along with it just like Judge Ruchelsman et al cause their coiffers were paid well to also look the other way. So, property located at 275 Greenwich Street, Apartment 7C, New

York, New York 10007, was frauded in order to steal from FEMA of 11 September 2001 for a false trust account that was created by attorneys, Francois Au, and D'Agostino for false improvements. Also, due to a huge tax break and to attract investors to the badly damaged lower Manhattan, the movie star turned real estate developer, and his Restaurant partner, Dru, got together with Charles Harris and Elizabeth Harris on how to steal all rights away from Saphyre Redford. The Parking lot was also in coohoots on how to steal property from Saphyre. Everyone went around the children including the employment at UAL, municipalities unions, on how to steal property from Saphyre. An operation that was scheduled by the office of Dr. Beraka never disclosed the fact that the doctor is a gimp and can not medically operate on her, yet an intern will be performing procedures never discussed. This was done with out the consent and knowledge of Saphyre, and when she was about to be put under the knife and saw the Truth, that the Butcher Doctor Beraka was not going to operate but in his place was someone else, she wanted to get out of there. But, that is not what the bloody murderers had planned. Saphyre was scheduled to be practiced on and to have inserted in her a device. Her injuries include a scar face, several broken bones in her face, retention of fluid, a nose with three parts broken, eyes suffering from glaucomo due to improper procedure being done on her no opthomologist present, teeth broken and moved due to procedure, a throat that was slice and cut, burned second degree

skin, cheek bone implants that was never agreed on, and much more that no one in

a democratic society should have to go thru. It was never agreed upon and it was

against the law what took place. The State of New York has forged medical

records, hided prescriptions, and allowed municipal unions, together with the Port

Aurhtority of NY/NJ to get away with bloody murder! False taxes were created to

punish and destroy the lives of three women who have been hunted and been sent

predators on how to harm them.

Prescriptions that were prescribed to kill were given. Food that was for

consumation as well as beverages were tampered with. A woman by the name of

Maria Gordian, who was never formally introduced to Plaintiffs, is a licenced

DEA agent, and her speciality is prescriptions as well as health information.

HIPPA violations have been forged, switched, and falsified thru signatures, wrong

data entry, and hiding of information.  No one looked to protect the health and

safety of the Plaintiffs.

As stated under the Federal Food, Drug, and Cosmetic Act's primary purpose is to

"keep impure and adulterated food and drugs out of the channels of

commerce...The purposes of this legislation thus touches phases of lives and

health of people which, in the circumstances of modern industrialism, are largely

beyond self protection..". Violators are subject to a range of punishments from

injunctions and civil penalties to debarment and felony criminal prosecutions.

Plaintiffs' health has been tampered with. The safety and the health of Plaintiffs'

have been placed in real danger zone.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————— x   Complaint

SAPHYRE REDFORD and DANIELLE BITTON, ~~and~~
~~CHARLENE BITTON~~          Plaintiffs,          JURY TRIAL DEMANDED

—against—

Chicago Title Insurance, Fidelity Insurance, Mohr,
Vanguard, COUNTRY WIDE HOME MORTGAGES, Atalanta Building, I TRIBECA TOWERS,
ALLSTATE, SIGNATURE BANK, MOUNT BATTEN, DAVID
COTTEN and Wood, MATTHEW ABOULAFIA, GETNICK, Livingston, ATKISON
ERIC CARLIN ROTHSTEIN, WALTER B. TOLUB, Patrick Leung Consulting,
LEON RUCHELSMAN, "IRA" THE CLERK, NOATH MOORE PARKING CORP.,
MARIA GORDIAN, TRIBECA TRIBE NETWORK, Rosen & Livingston,
DEA, DUANE READE PHARMACUTECALS STORES, Julian Barnes Law Group,
BLUE CROSS / BLUE SHIELD, JP MORGAN CHASE, Robert De Nero, Dru Witacke,
METRO TECH FIRE DEPARTMENT, SAPHIRE ADULT, NORTH MOORE LAND CO. INC.,
ENTERTAINMENT GENTLEMAN's CLUB, SCORES, NORTH MOORE TOWER Realty CORP.,
STRIP CLUB, HUSTLER's GENTLEMAN's CLUB, McKinsey and Houlihan-Parnes,
COMPANY, ELIOTT SUTTON, SOHO EQUITIES, SOHO HOUSE,
SID MILLER, BRONX SUPPLY STORE, RAPPAPORT,
FEINSTEIN & DEUTSCH, DANNY HOFFMAN, MADAME X, ARGO CONSTRUCTION,
MARKOWITZ, SHELDON, "HEAVEN GROUP, Aaron Anderson, Hillary Rodham Clinton,
charles Rangel,

olshan GRUNDMAN FROME RO sen zweig & wolosky LLP, thomas J. Fleming, esq., 6allagher construction,

Stanley Stairs, MARVIN TURKOP,

GRAHM Consulting CORP. GRAHAM ASSOCIATES,

Mishkia B'fully LLP, JASON Daniels,

NOART MOORE CONDO OP.,
RECEIVED
A PRO SE OFFICE
Goldborg, WEPRIN, BUSTIN Egs, Debra Daniels,
NORTH MOORE VENTURES,
NORTH MOORE ENTERPRISES, LTD.,

SPEARIMENT'S GENTLEMAN'S STRIP CLUB, FRANK COMPOSTO,
CONSTRUCTION COMPANY ON BLOCK/LOT NORTH
MOORE STREET, HIPPA, PORT OF AUTHORITY NY/NJ,
NEW YORK POLICE DEPARTMENT, ANDREW M. CUOMO,
STATE ATTORNEY GENERAL, MUNICIPALITIES UNIONS,
DOUGLAS GRAHAM GRANT, "DANIELLE BITTON", D'AGOSTINO,
SHAW, MARTIN & OLSON, MAURICE REICHSMAN, UAL CORPORATION
NEW YORK STATE GUARDIAN, KARLA ALEXANDER, ~~JACOB BITTON~~ WILMER GRIER
GREENWICH CONDOMINIUM BOARD, TURNBERRY ISLE ASSOCIATION,
BAY HARBOR INT'L REALTY CENTURY 21, JAMES RUMPZA,
TURNBERRY INT'L REALTY, WORLD SAVINGS, M.G. TITLE SERVICES, INC.,
RG BRENNER TAX SERVICES PREPARER, H&R BLOCK, ADRIENNE MAIDENBAUM,
MAIDENBAUM, FEINBERG, ESQUIRES, FEDERAL SAVINGS BANK,
BAY HARBOR INTERNATIONAL REALTY, STEVE "PIMP",
MR. & MRS. FREITFERTIG, LINDSAY FREITFERTIG, CAPITAL MANAGEMENT TRUST,
9/11 TRUST FUND, FEMA, DEP, EAP, KEVIN MC KIRGAN, HILLARY CLINTON,
DEFENDANTS.

II. The jurisdiction of the Court in invoked pursuant to the claim arose out of QUEENS, KINGS, NASSAU, AND SUFFOLK COUNTIES.

III. The Statement of the Claim is that Defendants have violated R.I.C.O. of prostitution, money laundering, trafeking, liquor, drugs, gambling and violations of human rights by denying due process and civil rights by NEW YORK /NJ/ FLORIDA /VIRGINIA /MASSACHUSETTS/ CALIFORNIA, That deals with bogus fake mortgages, cashing insurances, and how City, state, Federal agents acted in bad faith to cover up the crimes Committed against three innocent women, Charlene, DANIELLE, and CRYSTAL, also known as SAPHYRE REDFORD. A CASE of Reference is US. DISTRICT SOUTHERN DISTRICT OF NY NO.99 CI/5064 (SAS) FILED 27 July 2000 LEX 10475. False Corporations were created by stealing plaintiffs' identities and acting without their consent and knowledge. MEDICAL RECORDS, HIPPA, BENEFITS, 401 (K), PENSIONS, PRESCRIPTIONS, AND EVIDENCE have been falsified by municipalities so that due process have been denied violating rights guaranteed in Constitution. Plaintiffs reserves their rights. Behind Closed door meetings have substituted courts of law and jurisprudence thus violating the health, safety, and welfare of plaintiffs. DEFENDANTS have acted in secrecy, and have caused plaintiffs loss of rights, violations that have been hidden, safety, and security breeched! No more!

Defendant No. 1   Name _CRYSTAL BITON AKA CAPHYRE REDFORD_

Street Address _P.O. BOX 302_

County, City _NY_

State & Zip Code _NY 11013_

Telephone Number _(347) 325-7885_

Defendant No. 2   Name _DANIELLE BITON_

Street Address _P.O. BOX 302_

County, City _NY_

State & Zip Code _NY 11013_

Telephone Number _(347) 325-2885_

Defendant No. 3   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions     ☑ Diversity of Citizenship
_ARTICLES I V, V, VI, IX_          _Rule 4_

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _I have never been issued a summons and complaint. My mother CRYSTAL BITON, also known as CAPHYRE REDFORD, was arrested without a warrant and she never had a summons and complaint served on her as well. My question deals with 28 U.S.C. sec 1446 (b) as well as RICO._

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _NY, NY_

Defendant(s) state(s) of citizenship _Silver Springs, Maryland & London, England_
_never NY since 1997._

(Cont'd)

(b) for commitment or trial a person charged with a criminal offense against the UNITED STATES, or to test the validity of such person's detention pending removal proceedings.

(c) (1)* UNLESS! a circuit justice or judge issues a certificate of appeal ability, an appeal may not be taken to the court of appeals from —(A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court; a certificate of appealability may issue under paragraph

(1) only if the applicant has made a substantial showing of the denial of a constitutional right.

Indeed, Judge Karen Smith, Judge Bluth, Judge Leland De Grasse, and Judge Tingling from the Supreme Court of the State of New York as well as the civil court for the state of New York, as well as the Judges from the Southern District of United States of America at Pearl Street, Foley Square have failed to issue proper warrants; have failed to send proper issue of a summons and complaint; and have failed to ensure that our rights to due process for a fair and speedy trial have been denied us. This is due to attorneys from James Meilen, Anthony D. Grand, Longholtz, ERIC and Carlin Rothstein, Matthew Aboulafia, Mark Seittlement, Matthew Monsfield, Sean Serpe, Mark Chapman, Elizabeth Harris, Martin Shaw, Olson, D'Agostino, Ruchelsman, Tolub, Lewis, Composto, Edwards, Peterson et al have developed a huge conflicts of interest with the Department of Justice (FBI, so that the attorneys have violated defendants' civil rights to due process; in that decisions were made

(2)A

behind closed doors, involving members of Congress/senate, and that no one informed neither Danielle, Charlene, Crystal, Jacob Bitton, Bitton, Redford, that their rights have been precluded. So that when they go to court at 111 centre street Civil court and 60 centre street, and 27th and Madison Avenue have precluded their rights and made defendants become wards of the state. This we protest! The Government has no right to administer drugs, kill unborn children, send DEA agents to plant evidence and write fake bogus Iou checks, steal property, record, watch, and listen without obtaining a warrant and without probable cause. The couple known as Charles and Elizabeth Harris (tax attorney who knows how to cook the books) received summons and complaint due to the fact that they have destroyed, altered, switched, stole, and tampered with the United States Postal service aswell as signing falsely on behalf of Danielle and Crystal, also known as Saphyre Redford. Neither the State of NY nor any attorneys, third parties, corporations, religious organizations have power of attorney over Saphyre Redford, CRYSTAL Biton. It has been done in bad faith. ARTICLE 81 of the NY Mental Health Hygiene Laws that neither Charlene, crystal, and Danielle do not suffer from any psychological disturbances. This is a lie and was done in order to steal, cheat, hurt, and lie to defendants as well as attorneys who have stated that they want to use Danielle Crystal's cases in order to bring a case against George Bush/Dick Cheney. CRYSTAL & Danielle states that it is Municipalities Unions who have breeched their powers and have violated our rights. We have done no wrong and we have been punished and subjected to cruel and unusual circumstances and being made as wards of the state, without a trial. It is illegal what has been allowed!

No more!

26

USC 28 § 2254 (A) "The SUPREME COURT, a Justice thereof, a circuit Judge, or a district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States.

(b) (1) An application for a writ of habeas Corpus on behalf of a person in custody pursuant to the judgment of a state Court shall not be granted unless it appears that

(ii) Circumstances exist that render such process ineffective to protect the rights of the applicant.

The circumstances are that never has a Judge nor Court of Law that is within the states of Florida and New York have protected the benefits of Defendants and that ARTICLE 78 Municipality of NY thru Attorneys within the state of NY have hid crucial evidences obtained illegally, have precluded our rights so that when we went to Court it was moot, and there has been no protection of the Fifth Amendment, the right to remain silent so that what you say will be used against you.   IN JUSTICE ! INJUSTICE!

This  is  NOT  Russia !

OUR Mail has been tampered with, shredded, ripped, opened, and sometimes does not get received. Attorneys have filed false instruments of filings that violate Title 18, UNITED STATES CODE, SECTIONS 1010 AND 1014 which states," It is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false

2C

Statements or reports for the purpose of influencing in any way the action of the Lender in granting a loan on the above property."

DR. GEORGE BERAKA together with Aneena Meer, Maria GORDIAN (DEA AGENT), Shawn /Paul Donovan, ENVY Publications, ALOFT Construction, ALOFT TRAVEL, NORTH MOORE REALTY, 275 CONDOMINIUM Association, TURNBERRY Association, 1875 CORPORATION, MARTIN SHAW, REICHSMAN, MAYOR BLOOMBERG, NY/NJ PORT AUTHORITY, DEPARTMENT OF TRANSPORTATION (city, state, Federal), HSBC, EASTBANK, GREENPOINT BANK, COUNTRYWIDE Home LOANS, DEPT OF BLDG, DEPT OF FINANCE, DEPT OF SANITATION, SERVPRO, ATTORNEY GENERAL'S OFFICE OF MARYLAND, VIRGINIA, NY, FLORIDA, as well as Federal, as well as House of Congress /Senate, thru Municipalities UNIONS, not Patriot Act (since no one in my family belongs to ALQaeda Terrorists) have blackmailed, extorted, and abused our rights and when cases were to be heard in the State of NY, not one Judge ensured the rights of DUE PROCESS, due to members of Congress (ALBANY $DC) have violated and set up a trap to threaten /blackmail defendants. All listed above have violated Laws of both Florida, Maryland, Virginia, NY, as well as Federal Laws that governs Security instruments. Defendants object to the gross abuse of the Law, and circumstances have us without any protection of the Laws, our right have been seized and we demand justice. Senators like Hillary Rodham Clinton to Congressmen Rangel and

2D

Nadler who have created false charges thru fraud of taxes not from property but from Corporations that NY State secretary of state NY has been improperly served on defendants behalf when defendants do not own any corporations nor are agents or employees and when we are victims of identity theft.

As stated under 28 USC § 2254 (d) "An application for a WRIT of habeas corpus on behalf of a person in custody pursuant to the judgment of a state court shall not be granted with respect to any claim that was adjudicated on the merits in state court proceeding unless the adjudication of the claim — (1) resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal Law, as determined by the Supreme Court of the United States; which is that warrants must be issued by a Judge and that one must Know what one has been summoned to court for based on what charges. Due to the fact that 9 NORTH MOORE STREET UNIT 1, NY, NY 10013 was never a home, business, nor entity that has never been inspected by the state Attorney of the General of NY, and that Mail that was addressed to Danielle, CRYSTAL, Charlene have been tampered with, and that legislators as well as agents of the Federal Government have abused their power by acting outside the scope of law that is described as their responsibility, thus evading City, State, Federal laws, acting in bad faith, and acting in irresponsible, reckless behavior, so that Danielle and CRYSTAL have been denied due process and have been subjected to CORRUPTION of blood.

PAGE E

The reason why our due process has been denied because we have always acted in good faith and have done no wrong, False accusations, prejudiced our good meritorious case!

28 USC § 2254 (2) "If the applicant has failed to develop the factual basis of a claim in state court proceedings, the court shall not hold an evidentiary hearing on the claim unless the applicant shows that (A) the claim relies on (ii) a factual predicate that could not have been previously discovered through the exercise of due diligence. Because evidence has been obtained illegally without having warrants, summons and complaints, never sheriff serving papers, as well as attorneys unions alliance leagues purposefully hid the facts and circumstances of the case (s) from us. Never was EVIDENCE PRODUCED by other parties.

And That 28 USC § 2254 (B) the facts underlying the claim would be sufficient to establish by clear and convincing evidence that but for constitutional error, no reasonable fact finder would have found that the applicant guilty of the underlying offense.

Evidence from CRYSTAL, DANIELLE, Charlene has been stolen and taken illegally by city/state/Federal authorities.

'OUR Rights to be secured within our home and papers' have been grossly violated!

NO MORE ABUSE!

27F

ARTICLE IV

"The Right of the People to be secure in their persons, houses, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Fact: The Couple, Charles & Elizabeth, HARA is RUN a DRUG ABANDONED BUILDING that has never been zoned by the Gen Attorney of the State of NY.

FACT: DEA AGENT MARIA GORDIAN issued bad checks of 10.u. and is an expert on prescriptions and health care. OUR PRescriptions have been poisoned to hurt us. DEA AGENT MARIA GORDIAN has not acted in good faith as well as her employer McKinsey and Company. Paul / Shawn Donovan has also acted in bad faith.

FBI failed to protect and failed to act as guaranteed under the Bill of Rights.

MUNICPALITIES UNIONS have endangered our lives, trespassed, and violated our privacy in order to illegally obtain evidence.

# ARTICLE V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a GRAND JURY, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

# ARTICLE VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

* All attorneys have violated attorney/client privelege, and defendants never waived their right to counsel, yet municipalities do not allow us to obtain counsel that would maintain professional conduct. We are victims of law office inefficiency, as well as attorneys who have violated the Bar.

214

Rule 4 Summons

(a) Contents; Amendments.

(1) Contents. A summons must:

    (A) NAME the COURT and the parties;

    (B) be DIRECTED to the Defendant;

    (C) state the name and address of the plaintiff's attorney or — if unrepresented — of the plaintiff;

    (D) state the time within which the defendant must appear and defend;

    (E) Notify the defendant that a failure to appear and defend will result in a default judgment against the defendant for the relief demanded in the complaint;

    (F) be signed by the clerk; and

    (G) bear the Court's _seal_ !

(c) SERVICE
(1) IN GENERAL. A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service.

Never done

21

# ARTICLE IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

We have been denied Life, LIBERTY, and PROTECTION OF BENEFITS!

Bloody hands of Hillary Clinton et al have placed numerous unethical monkeys on our backs.

MOST IMPORTANTLY! This is NOT RUSSIA, yet Russia instead of AMERICA is the menu given to CRYSTAL Danielle,

ARTICLE XI "The JUDICIAL power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another state, or by Citizens or Subjects of any Foreign state!"

Attorneys acting on behalf of municipalities unions have used the US Justice to blackmail, extort, and threaten our lives. The US Judges have shown themselves to be gangsters AL Capone without rights respected.

# ARTICLE XIII

Section 1   Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

2J

slavery has been outlawed, yet we have been made slaves without committing any crimes.

Section 2  Congress shall have power to enforce this article by appropriate legislation.

Congress has failed to enact such a law!

2K

**III.**   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur?  _NY NY_

B.     What date and approximate time did the events giving rise to your claim(s) occur?  _Around Approximately 10-11 AM on the morning of 13 September 2001._

C.     Facts:  _As a former flight attendant for UAL, I was flying from Washington Dulles to Chicago O'HARE to Ft. lauderdale, Florida the morning of 11 September 2001. As a result of 11 September 2001 instead of reaching Florida that day, I was in lexington Kentucky stranded with the crew for several days. When I finally made it home to Silver Springs MD that I owned a home with my ex-fiance, I had a phone call from DA office in Manhattan asking me if I have power of attorney over my ma and if she had the funds to finance operation. My mother was arrested without having her rights read to her, she was butchered, and the Doctor inserted an electronic device in her. She was never given a search warrant nor an arrest warrant, yet our rights to privacy were ignored by having telephone wires, cameras, and intrusion of Police come into our property without probable cause, and without going to get a warrant from the Judge First! I asked the DA why the Doctor was not in jail with my ma for having prescribed powerful prescription①① Yes, my mother had the the finances and the bank HSBC took responsibility of check due to moving locations and due to 11 September 2001. ② My mother, not I, has the power of attorney over me. It was her money that financed operation, and that purchased property. Since the Residence at the time was Silver Spring MD and England, I was never served summons and complaint, and the case has yet to be given a trial. I ask that this case be brought to this courthouse due to 28 USC 1446(b)._

**IV.**   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _28 U.S.C. 1446(b) States, "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." The injury that has been caused to my mother and I is that proper procedural law of both my state jurisdiction of civil procedures of Rules and laws, as well as federal civil Judicial Procedure and Rules. The attorneys have never received a warrant from a federal ~~civil judicial procedures~~ nor state Judge, yet both my mother's, sister's and my due process have been violated. Therefore, since our rights have been grossly violated, arrested, drugged, and silenced, we ask for the case to be moved here to the district court of Southern District [over] street._

Rev. 05/2007

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. On behalf of my mother, CRYSTAL BITON also known as Saphyre Redford and myself, we ask for a trial of the case that is in III Center Street, NY, NY 10013 to be moved here District Court Southern District at Pearl Street. Due to attornies who have grossly violated our rights, lied to the Court, filed false instruments of filings and never served summons, complaints, nor warrants and have failed to read us our Miranda Rights, violated, trespassed, and illegally planted electronic recording devices without obtaining a warrant. My mother, sister, and I have had our due process taken away and no Judge from Supreme Court of NY to United States has protected in according to benefits stated in the Constitution that a fair and speedy trial is guaranteed. We ask for Habear Corpus AND state that the Former Senator from NY, Hillary Clinton, as well as Charles Schumer, as well as the Congress legislators from ALBANY to DC, as well as BRITISH EMBASSY have failed to protect us and never gave a fair trial yet violated us by the Government sending its agents from DEA, MARIA GORDIAN, et al to drug and kill. We ask for an open trial. We ask that "closed" meetings from our right away be made public and that the trial will be heard here. As it states under HABEAS CORPUS states: '28 §2253 "There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ~~11~~ day of January, 2010.

Saphye Railford
P O BOX 302
NY, NY 10013
(646) 299-7435

Signature of Plaintiff  _____

Mailing Address   Crystal Bitton
PO Box 302
NY, NY 10013

Telephone Number  ~~(000) 000-0000~~

Fax Number (if you have one)  _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:  I have had my freedom and American Dream embezzled by municipalities unions.

I declare under penalty of perjury that on this 11 day of January, 2010, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _____

Inmate Number  160456
EX UAL EMPLOYEE