UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SAPHYRE REDFORD; DANIELLE BITTON;

Plaintiffs

-against-

CHICAGO TITLE INSURANCE; FIDELITY
INSURANCE; MOHR; NORTH MOORE
CONDOMINIUM OP.; DR. BERAKA AND SON;
VANGUARD; COUNTRYWIDE HOME
MORTGAGES; ATALANTA BUILDING;
TRIBECA TOWERS; ALLSTATE SIGNATURE
BANK; MOUNT BATTEN; DAVID N. MURAD;
COTTON AND WOOD; MATTHEW
ABOULAFIA; BETNICK LIVINGTON,
ATKINSON ET AL. LLP; ERIC AND CARLIN
ROTHSTEIN; WALTER B. TOLUB; PATRICK
LEUNG CONSULTING; LEON RUCHELSMAN;
"IRA" THE CLERK; NORTH MOORE PARKING
CORPORATION; OLSHAM GRUNDMAN,
FROME, ROSENZWEIG & WOLOSKY LLP;
THOMAS J. FLEMING, ESQ.; GALLAGHER
CONSTRUCTION; GALLAGHER BASSET;
STANLEY STAIRS; MARVIN TURKEL; MARIA
GORDIAN; TRIBECA TRIBE NETWORK;
ROSEN AND LIVINGSTON; DEA; FBI; DUANE
READE PHARMACEUTICALS STORES;
JULIAN BARNES LAW GROUP; BLUE
CROSS/BLUE SHIELD; JP MORGAN CHASE;
ROBERT DE NERO, DRU WITACKE; METRO
TECH FIRE DEPARTMENT; GRAHAM
CONSULTING CORPORATION; GRAHAM
ASSOCIATES; JOAN XIE; JOHN XIE ET AL
ESQUIRES; MICHAEL RUBLOWSKY;
MISHKIN & TULLY LLP; JASON DANIELS;
SAPHYIRE ADULT ENTERTAINMENT
GENTLEMAN'S CLUB; SCORES
ENTERTAINMENT; NORTH MOORE LAND
CO. INC.; NORTH MOORE TOWER REALTY
CORP.; NORTH MOORE VENTURES; NORTH
MOORE ENTERPRISES, LTD.; HUSTLER'S
GENTLEMEN'S CLUB; MCKINSEY AND

**OPINION AND ORDER**
10-CV-434 (CBA)(LB)

COMPANY; HOULIHAN-PARNES, GOLDBERG, WEPRIN & USTIN, ESQS.; DEBRA DANIELS; ELIOTT SUTTON; SOHO EQUITIES; SOHO HOUSE; SID MILLER; BRONX SUPPLY STORE; RAPPAPORT, FEINSTEIN, AND DEUTSCH; DARNAY HOFFMAN; MADAME X; ARGO CONSTRUCTION; MARTY MARKOWITZ; SHELDON SILBER, "HEAVEN GROUP; AARON ANDERSON; HILLARY RODHAM-CLINTON; CHARLES RANGEL; SPEARMINT'S GENTLEMAN'S STRIP CLUB; FRANK COMPOSTO; MICHAER BERMAN'S CONSTRUCTION COMPANY; HIPPA' PORT AUTHORITY OF NEW YORK/NEW JERSEY; NYPD; ANDREW M. CUOMO, STATE ATTORNEY GENERAL FOR THE STATE OF NEW YORK; MUNICIPALITIES UNIONS; TEACHER'S FEDERATION UNION; DOUGLAS GRAHAM GRANT, "DANIELLE BITTON"; D'AGOSTINO; MARTIN SHAW AND OLSON; MAURICE REICHSMAN; UAL CORPORATION; NEW YORK STATE MENTAL HEALTH DEPARTMENT; NEW YORK STATE GUARDIAN; KARLA ALEXANDER; WILMER GRIER, 275 GREENWICH STREET CONDOMINIUM BOARD; TURNBERRY ISLE ASSOCIATION; BAY HARBOR INTERNATIONAL REALTY CENTURY 21; JAMES RUMPZA; TURNBERRY INTERNATIONAL REALTY; WORLD SAVINGS; M.G. TITLE SERVICES, INC., RG BRENNER TAX SERVICES PREPARER; H & R BLOCK; ADRIENNE MAIDENBAUM; MAIDENBAUM, FEINBERG, ESQUIRES; FEDERAL SAVINGS BANK; BAY HARBOR INTERNATIONAL REALTY; STEVE "PIMP; MR. AND MRS. FREITGERTIG,; LINDSAY FREITFERTIG; CAPITAL MANAGEMENT TRUST; 9/11 TRUST FUND; FEMA; DEPARTMENT OF ENVIRONMENT; DEPARTMENT OF TRANSPORTATION; EAP; KEVIN MCKIRGAN; HILLARY RODHAM

CLINTON; CHARLES HARRIS; ELIZABETH
HARRIS; CASE MANAGEMENT OF THE
STATE OF NEW YORK UNIFIED COURT
SYSTEM SUPREME COURT; SEAN SERPE;
MATTHEW MANSFIELD; MARC
SEITLEMENT; JAMES FERRARA; ROBERT
SEGAL; HUD; NEW YORK HOUSING
DEPARTMENT; HEALTH HOSPITALS
CORPORATION; STATE SECRETARYOF
CORPORATIONS FOR THE STATE OF NEW
YORK; STATE SECRETARY OF
CORPORATION FOR THE STATE OF
DELAWAR; SEC; UNITED AIRLINES; EUGEN
KEILIN; FELIX NGATI; FELIX ROHATYN;
MARIO CUOMO; MINICIPAL ASSISTANCE
CORPORATION; RAY KELLY, POLICE
COMMISSIONER OF NYPD; HERBERT
BERMAN; CITY COUNCIL FINANCE FOR THE
CITY OF NEW YORK; NEW YORK STATE
HEALTH AND HOSPITAL CORPORATION;
MEDICAID; MEDICARE; ALLSTATE; STATE
FARM INSURANCE; TRAVELER'S
INSURANCE; AETNA; HEALTH AND
HOSPITALS WORKERS UNION; DOUGLAS
ELLIMAN PRUDENTIAL REAL ESTATE
REALTY; BITTON REALTY; MADISON
ABSTRACT; SEYFARTH AND SHAW; JOHN
PEACHY; ELIEZAR COHEN; MICHAEL
BLOOMBERG; HIZONER; CB BOARD ONE,
DAN FELDMAN; ANTHONY D. GRANDE;
JAMES MULLEN; BOGLIONO TRUST FUND;
EINHOLTZ, ESQUIRE; AFA; AFL-CIO; MARCH
CHAPMAN, ZARANSKY, ESQUIRES; CIRCLE
ROUGE RESTAURANT; BUBBY'S
RESTAURANT; "RON" OWNER OF BUBBY'S
RESTAURANT; TRIBECA TAVERN; TRIBECA
PHARMACY; NORTH FORK BANK; DAVID
GLASER; STEVEN LEBOUEF; DANKBERG;
MS. MICHAEL BERMAN; STEVEN J. HUGHES;
NEW YORK STATE DEPARTMENT OF
TAXATION; LUBAVITCH JEWISH
ORGANIZATION; NEW YORK SANITATION
DEPARTMENT; DEPARTMENT OF

BUILDINGS; KAREN SMITH; LIQUOR LICENSE BOARD; MR. WHITE; MR. MOHAMMED NAJEM; "MIGNON"; KINKOS; ALOFT CONSTRUCTION; NORMAN TINGLING; LELAND D. GRASSE; DEPARTMENT OF SOCIAL SERVICES; WORKER'S COMPENSATION BOARD; MIRAMAX; WEINSTEIN BROTHERS; DR. IRA FEINGOLD; VERIZON; AT&T, COMPTROLLER OF NEW YORK CITY; ARCO CONSTRUCTION; GEROGE TSERKIS; DR. G. DEGERONIMO;DR. X who operated to remove Charlene's Implants and Sadistically Left her scared and was in coohoot on how to destroy her; STEVEN ECKERBERG; TRUDY GERMAN CARMEN; CHIN YU; SIMON TAN; EAST BANK; APPLE BANK; MERCHANT'S BANK; HSBC OPERATIONS IN AMERICA AND EUROPE; BANK OF ISRAEL; NATIONAL CITY BANK; JEFFREY LEE HUBBARD; PURVI HARENDRA SEVAK; DANIEL HOELTER; CONTINENTAL ABSTRACT CORPORATION; GREENPOINT MORTAGE FUNDING, INC.; NEW YORK STATE HIGHER EDUCATION CORPORATION SERVICES; DEPARTMENT OF EDUCATION; FINANCIAL AID SERVICES; MERS; LIBERTY TITLE AGENCY; DLA PIPER RUDNICK GRAY CARY US LLP; THE COMPTROLLER OF THE STATE OF NEW YORK; NEW YORK LIFE INSURANCE COMPANY; THE COMPTROLLER OF THE STATE OF NEW YORK AS TRUSTEE OF THE COMMON RETIREMENT FUND; MARJORIE TSANG; ASSISTANT COMPTROLLER FOR REAL ESTATE INVESTMENTS;
TISHMAN SPIER GROUP; BLACK ROCK GROUP; TEITELBAUM GROUP MANUFACTURERS HANOVER TRUST COMPANY; ARCHIVES COMMERCIAL PARTNERSHIP; ARCHIVES TENANTS CORPORATION; ARCHIVES RESIDENTIAL PARTNERSHIP; NEW YORK COUNTY COMMISSIONER OF DEEDS; NEW YORK

STATE KEEPER OF THE FILES
ACCOUNTABILITY; JP MORGAN CHASE;
MERIL LYNCH; AETNA LIFE CASUALTY AND
SURETY COMPANY OF ILLINOIS; AETNA
LIFE INSURANCE COMPANY; NEW YORK
TEACHERS'S PENSION FUND RETIREMENT;
FIRST RESPONDERS MORTGAGE; RICHARD
A, BRANCATO; ARCHIVES LLC; SENATOR
BARNEY FRANK; SENATOR KERRY; UCC
DIRECT SERVICES; ARCHIVES
COMMERCIAL PARTNERSHIP; ROCKROSE
DEVELOPMENT CORPORATION; KRAMER
LEVIN NAFTALIS & FRANKEL LLP; MICHAEL
FALABELLA; REAL ESTATE VICE
PRESIDENT FOR NEW YORK LIFE
INSURANCE COMPANY; "JOSEPH"; STATE
STREET BANK OF BOSTON;
MASSACHUSETTS
JORDAN WILLS; JOE TURCO; SPAR AND
BERNSTEIN; CAREN MATYCKAS;
ROCKROSE PROPERTIES L.L.C.; ROCKROSE
GENERAL EQUITIES LLC; ROCKROSE
DEVELOPMENT CORPORATION; ROCKROSE
MASTER LLC; THE COMPTROLLER OF THE
STATE OF NEW YORK, AS TRUSTEE OF THE
COMMON RETIREMENT FUND; FDA;
NATIONAL HEALTH INSURANCE(UNITED
KINGDOM); UNITED KINGDOM PENSION
FUND; SOCIAL SECURITY FOR THE UNITED
STATES OF AMERICA;
BOND PLUMBING; NATIONWIDE TITLE
CLEARING; WOUTER GERMANS; TRUDY
CRANEY; CHEMICAL BANK SUCCESSOR BY
MERGER TO THE CHASE MANHANTTAN
BANK (NATIONAL ASSOCIATION); BANCO
POPULAIRE;
BANK OF BRAZIL; SUSAN STRAATMANN;
VICE PRESIDENT; VINTAGE ABSTRACT
CORPORATION; DAVID J. KOEHL; WELLS
FARGO BANK NA; WASHINGTON MUTUAL
BANK; BANK OF CALIFORNIA; UNITED
AIRLINES CREDIT UNION;
MUNICIPAL CREDIT UNION; CHASE HOME

FINANCE LLC; MICHAEL LIPPERT; DEANDREA CHAPMAN; VICE PRESIDENT JP MORGAN CHASE BANK; FEMA OF KATRINA OF LOUISIANA; "KATRINA OF LOUISIANA OF NYC Taking place at the building that has never been officiated by the state attorney of New York for zoning, abandoned building that everyone came to attack and hurt Charlene, Crytal and Danielle, and where Danielle miscarried an innocent child due to toxic dirty sewar from someone breaking he pipe to cash a s*** ton of insurance monies from flipped mortgages that found it way to Hillary Rodham Clinton et al Shady Real Estate partners; IREAELI CONSTRUCTION GROUP OF GANGSTERS , who forge signatures, money launders, and force young girls into prostitution, and when they cry they beat the s*** out of them; SHAW AND ASSOCIATES; PRECISE/CERES ABSTRACT CORP.; PC22678, AS AGENT FOR FIDELITY NATIONAL TITLE INSURANCE; KEITH HALPERIN, ESQUIRE; PAUL DONOVAN; SHAWN DONOVAN; ENVY PUBLICATIONS; A CERTAIN PHOTOCOPYING MACHINE worth one million dollars from Farmingham, Massachusetts, that came from a fake rubbish UUC that belongs one of many to Maria Gordian, expert of prescriptions and who has the license to kill innocent unborn; RALUCA V. ONCIOIU LEVY AND HALPERIN, LLP; STATE OF NEW YORK STATE BOARD OF REAL PROPERTY SERVICES; "BABY DOE"; VALERIE MARSH; ED BERIAN; WILMER HILL GRIER; FDIC; UNITED STATES TREASURY DEPARTMENT; BERNANKE; ; FDCA; DEUTSCH BANK; BANK OF BERMUDA; CAYMAN ISLANDS BANK; STATE OF CALIFORNIA; STATE OF MASSACHUSETTS; FEC; NEW HAMPSHIRE INSURANCE; CHEVY CHASE BANK; CAPITAL MANAGEMENT; WASHINGTON DULLES INTERNATIONAL AIRPORT; CHICAGO O'HARE INTERNATIONAL AIRPORT; JFK/LGA/EWR INTERNATIONAL AIRPORT;

BOSTON LOGAN INT'L AIRPORT; LOS
ANGELES INT'L AIRPORT; QUEENS
HEATHROW INTERNATIONAL AIRPORT;
DARLINGON'S

                                    Defendants.

-------------------------------------------------------------------x

AMON, United States District Judge:

Plaintiffs, Danielle Bitton[1] and her mother, Saphyre Redford,[2] appearing *pro se*, bring this action against hundreds of defendants. Plaintiffs' requests to proceed *in forma pauperis* are granted pursuant to 28 U.S.C. § 1915 solely for the purpose of this Order. Plaintiffs' complaint is dismissed for the reasons stated below.

## BACKGROUND

Plaintiff attempted to file a different version of this complaint on January 15, 2010 but it was returned to her because it lacked a filing fee or request to proceed *in forma pauperis* from each of the plaintiffs. On January 27, 2010, plaintiffs filed this complaint along with separate requests to proceed *in forma pauperis*.

This is plaintiff Danielle Bitton's third action in this court; all make indecipherable allegations. In her first action, <u>Bitton v. State of New York et al.</u>, 08-CV-2831 (CBA) filed on June 26, 2009, plaintiff was given two separate opportunities to amend her complaint by Orders dated August 21, 2009 and September 23, 2009. In her amended complaint, submitted

---

[1] Plaintiff alternatively spells her name as Biton and Bitton. In a previous action, she identified the difference as the British and American spellings of the same name.

[2] Plaintiff is also known as Crystal Bitton.

September 11, 2009, plaintiff added nearly fifty new defendants including *inter alia*, Secretary of State Hilary Clinton, the Republic of China, the Internal Revenue Service, and the Securities and Exchange Commission, but did not raise any allegations against either the old or the new defendants; the only lucid statement decipherable in the Complaint was that plaintiff wanted her "rights and property to be restored before the United States Government and the British Government." On October 13, 2009, plaintiff submitted a Second Amended Complaint in response to this Court's September 23, 2009 Order. Plaintiff again failed to allege a basis for the exercise of this Court's subject matter jurisdiction and the Court, despite a liberal interpretation of the Second Amended Complaint, could not discern any. The Court found the Second Amended Complaint irrational and therefore frivolous. Accordingly, by Order dated November 2, 2009, the action was dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3), and because it was frivolous. 28 U.S.C. § 1915(e)(2)(B)(i)

Shortly thereafter, on November 20, 2009, plaintiff filed a second action. <u>Biton v. Wilmer Hale Grier</u>, 09-CV-5375 (CBA). Again, despite its best efforts, the Court could not ascertain the basis for her claim, and could discern only that she felt somehow wronged by the American and British judicial systems. By Order dated February 19, 2010, plaintiff's action was dismissed as frivolous.

On December 23, 2009, plaintiff Redford filed an action against approximately thirty defendants. <u>Redford v. Harris et al.</u>, 09-CV-5693 (RRM). That action remains pending.

On January 27, 2010, plaintiffs filed the instant action. Again, the Court is faced with a discursive and incomprehensible submission. The six-page statement of claim alleges a rambling assortment of events and problems, including, *inter alia*, that Bitton's airplane was rerouted on

September 11, 2001, her "mother was arrested without having her rights read to her, she was butchered, and the Doctor inserted an electronic tracking device in her," a drug cartel was being operated in a building in Tribeca, a phony real estate deal, mortgage foreclosures, falsification of city records, *e..g.* "property located at 275 Greenwich Street, Apartment 7C, New York, New York 10007, was frauded [sic] in order to steal from FEMA of 11 September 2001 for a false trust account that was created by attorneys . . . for false improvement," and "prescriptions that were prescribed to kill were given." Complaint at III.

## DISCUSSION

Under 28 U.S.C. § 1915(e)(2)(B), a district court shall dismiss an in forma pauperis action where it is satisfied that the action is "(i) frivolous or malicious; (ii) fails to state a claim on which relief can be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." An action is "frivolous" when either: "(1) the factual contentions are clearly baseless, such as when allegations are the product of delusion or fantasy; or (2) the claim is based on an indisputably meritless legal theory." Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir. 1998) (internal quotations omitted).

In Denton v. Hernandez, 504 U.S. 25 (1992), the Supreme Court noted that:

> the in forma pauperis statute, unlike Rule 12(b)(6) [of the Federal Rules of Civil Procedure] "accords judges not only the authority to dismiss a claim based on an indisputably meritless legal theory, but also the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless."

Denton, 504 U.S. at 32 (quoting Neitzke v. Williams, 490 U.S. 319, 327 (1989)). "[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the

irrational or the wholly incredible whether or not there are judicially noticeable facts available to contradict them." Id, 504 U.S. at 33.

This court finds that the complaint is delusional and completely devoid of merit. There is nothing in the complaint that alleges a federal cause of action; instead, there are more than three hundred defendants, ranging from the FBI to Duane Reade pharmacy. The complaint asserts claims against government agencies, attorneys, buildings, the Secretary of State (twice), and others named in the caption with little or no connection to the body of the complaint. Moreover, despite the broadest possible interpretation of the complaint, the Court cannot discern any sense of what claim plaintiffs may be trying to assert. The court declines to afford plaintiffs leave to amend the complaint, as it is clear that any amendment would be futile. Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000); Gomez v. USAA Fed. Sav. Bank, 171 F.3d 794, 795 (2d Cir. 1999).

## CONCLUSION

Accordingly, plaintiffs' complaint filed *in forma pauperis* is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). Furthermore, the Court must **warn** plaintiffs that it will not tolerate frivolous litigation. The Court may enter an Order barring the acceptance of any future *in forma pauperis* complaints for filing without first obtaining leave of the Court to do so. 28 U.S.C. § 1651; see e.g., In re Martin-Trigona, 9 F.3d 226, 227-29 (2d Cir. 1993) (discussing various sanctions courts may impose upon vexatious litigants); see also Iwachiw v. N.Y. State Dep't of Motor Vehicles, 396 F.3d 525, 529 (2d Cir. 2005) (setting forth the "unequivocal rule in this circuit . . . that the district court may not impose a filing injunction on a litigant *sua sponte* without providing the litigant with notice and an opportunity to be heard."). The Court certifies

pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/S/
_____
Carol Bagley Amon
United States District Judge

Dated: Brooklyn, New York
       March, 5, 2010