UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SAPHYRE REDFORD; DANIELLE BITTON,

                Plaintiffs

      -against-                                        **CIVIL JUDGMENT**
                                                        10-CV-434 (CBA)(LB)

CHICAGO TITLE INSURANCE; FIDELITY
INSURANCE; MOHR, et al.,

                Defendants.
-----------------------------------------------------------------x

        Pursuant to the order issued today by the undersigned dismissing the complaint, it is hereby

        **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any in forma pauperis appeal would not be taken in good faith.

                                                /S/
                                      Carol Bagley Amon
                                      United States District Judge

Dated: Brooklyn, New York
       March 5, 2010